# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMY KATHLEEN QUIGG BROWNBACK,
Appellant,

vs.

BENJAMIN HYUN BROWNBACK,
Respondent.

No. 72535

FILED

MAY 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the settlement conference, the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By:

cc: Hon. Denise L. Gentile, District Judge, Family Court Division
Robert E. Gaston, Settlement Judge
Hutchison & Steffen, LLC
Radford J. Smith, Chartered
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-17595